1673-14

# ELECTRONIC RECORD

| | | | |
|---|---|---|---|
| COA # | 07-13-00426-CR | OFFENSE: | DWI |
| STYLE: | Jose Manuel Barrios v. The State of Texas | COUNTY: | Bailey |
| COA DISPOSITION: | AFFIRMED | TRIAL COURT: | 287th District Court |
| DATE: 12/02/2014 | Publish: YES | TC CASE #: | 2798 |

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Jose Manuel Barrios v. The State of Texas

_APPELLANT'S_ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

refused

DATE: _April 1, 2015_

JUDGE: _PC_

CCA #: 1673-14

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____     PC: _____

PUBLISH: _____     DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**